# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNA ENTERTAINMENT CORP., and XPRESSBET, INC. | |
| Plaintiffs, | Civil Action No. 09-521-JJF |
| v. | **JURY TRIAL DEMANDED** |
| INTERNET OPPORTUNITY ENTERTAINMENT LIMITED, | |
| Defendant. | |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that Plaintiffs Magna Entertainment Corp. and XpressBet, Inc., by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned action with prejudice. Each party to the action will bear its own costs and attorneys' fees.

Of Counsel:

Robert F. Zielinski
Law Offices of Robert F. Zielinski, LLC
1518 Walnut Street
Suite 1706
Philadelphia, PA 19103

C. Malcolm Cochran, IV (#2377)
Laura D. Hatcher ((#5098)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
302-651-7700
cochran@rlf.com
hatcher@rlf.com
*Attorneys for Plaintiffs Magna Entertainment Corp. and XpressBet, Inc.*

Dated: December 22, 2009